**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State,                                        Respondent,

v.

Jerry Phillips,                                        Appellant.

————————

Appeal From Cherokee County
J. Mark Hayes, II, Circuit Court Judge

————————

Unpublished Opinion No. 2012-UP-447
Submitted June 1, 2012 – Filed July 18, 2012

————————

**APPEAL DISMISSED**

————————

Appellate Defender Robert M. Pachak, of Columbia, and Jerry Phillips, pro se, for Appellant.

Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, and Senior Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Barry J. Barnette, of Spartanburg, for Respondent.

**PER CURIAM:** Jerry Phillips appeals his conviction of unlawful conduct toward a child, arguing the circuit court erred in giving him a sentence that differed from his co-defendant's sentence.  Phillips also asserts several pro se arguments.  After a thorough review of the record and all briefs pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), and <u>State v. Williams</u>, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved.

**APPEAL DISMISSED.**

**FEW, C.J., and HUFF and SHORT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.